**Opinion issued January 19, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-22-00678-CV

————————————

**IVENTOSCH TEXAS PROPERTIES, LLC, Appellant**

**V.**

**ZARSKY INDUSTRIES, INC., Appellee**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-29057**

## MEMORANDUM OPINION

Appellant, Iventosch Texas Properties, LLC, has filed a notice of appeal from the trial court's June 10, 2022 Final Judgment Granting Permanent Injunction. Appellant has neither established indigence for purposes of costs nor paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R.

CIV. P. 145; TEX. R. APP. P. 20.1(a), 37.3(b).  On November 29, 2022, appellant was notified that this appeal was subject to dismissal if it did not submit written evidence that it had paid or made arrangements to pay the fee for the preparation of the clerk's record by December 29, 2022.  *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).  Appellant did not adequately respond.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c), 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Countiss and Rivas-Molloy.